158 A.3d 1242

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Earl JOHNSON, Petitioner**

**No. 298 EAL 2016**

Supreme Court of Pennsylvania.

October 13, 2016

## ORDER

PER CURIAM

**AND NOW,** this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**